SUSAN V. SCHILLING, Appellant, v. PHILIP T. COFFEY, Respondent, Impleaded

with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy and Martin, JJ., dissent.